In the Matter of the Claim of Maria A. Mongello, Respondent, against Charles W. McDonald, Appellant, and State Insurance Fund. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Jay Foland, Respondent, against Julius Breckwoldt & Company and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Antoinette Romano, Respondent, against Lipman Paper Company, Appellant, and State Industrial Fund. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Charles J. Holt, Respondent, against James C. Forbes and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Harry F. Nilsen (on Account of the Death of Gustaf Hanson) and State Treasurer · and Another, Respondents, against Trustees of Sailors Snug Harbor and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Anna Marshall, Respondent, against Philip Hunt and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Roscoe Babcock, Respondent, against D. B. Adams and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Daniel Shepelowisch, Respondent, against Joseph H. Benzing & Co., Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Florence Hoetzel, Respondent, against Estate of Harry Berman and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Jacob Rosenberg, Respondent, against Ideal Metal Co., Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of May Lansing, Respondent, against Davis & Geck, Inc., and Another, Appellants. State Industrial Board, Respondent.—